UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORVILLE EDWIN KENLOCK,<br><br>                                Plaintiff,<br><br>-against-<br><br>ORANGE COUNTY JAIL (NEW YORK), et al.,<br><br>                              Defendants. | 1:19-CV-8010 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued November 15, 2019, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that this is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

Dated: November 15, 2019
        New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge